IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| JASON DAVID MONACO | Civil Action Number: |
| Plaintiff, | 2:25-CV-0378 |
| Vs. | Judge: DOUGLAS R. COLE |
| EDWARD PERKINS, et al. | |
| | Magistrate Judge: |
| Defendants, | KIMBERLY A. JOLSON |

## MOTION FOR PRELIMINARY INJUNCTION

Now comes the Plaintiff of the above captioned case, requesting a preliminary injunction and or TRO against the Defendants pursuant to USCS Fed Rules Civ Proc R 65. A *Memorandum In Support* and supporting documents are attached.

DATE 7/31/2025

CC: Defendants Counsel-
Nicole.Hendrix@OhioAGO.gov

Respectfully Submitted,

Jason D. Monaco (#778390)
Noble Correctional Institution E2-E51
15708 McConnelsville Road
Caldwell, Ohio 43724

Scanned at: NCI
By: J. Nupp
Date: July 31, 2025
Number of pages: 12 pgs.

1

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| JASON DAVID MONACO | |
| | Civil Action Number: |
| Plaintiff, | 2:25-CV-0378 |
| | |
| Vs. | Judge: DOUGLAS R. COLE |
| | |
| EDWARD PERKINS, et al. | |
| | Magistrate Judge: |
| Defendants, | KIMBERLY A. JOLSON |

## ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION & A TEMPORARY RESTRAINING

Upon the complaint, the supporting affidavits of plaintiff, and the memorandum of law submitted herewith, it is:

ORDERED that defendants Edward Perkins, Annette Chambers-Smith, through assigned counsel, show cause in room _____ of the United States Courthouse, _____ on the day of _____, 20___, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rul 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from opening, reading, copying, legal mail outside the Plaintiff's presence. Legal mail is defined as coming from federal, state, or local prosecuting authorities should be treated as confidential legal mail, this includes mail from attorney's, regardless of a control number.

_____

DATE:_____

United States District Judge

2

## Memorandum in Support of Preliminary Injunction

## LEGAL STANDARDS

"We find that the prisoner's interest in unimpaired, confidential communication with an attorney is an integral component of the judicial process and, therefore, that as a matter of law, mail from an attorney implicates a prisoner's protected legal mail rights." *Sallier v. Brooks*, 343 F.3d 868, 877, 2003 U.S. App. LEXIS 19294, 2003 FED App. 0332P (6th Cir.) (6th Cir. Mich. September 18, 2003) "[W]hen the incoming mail is "legal mail," we have heightened concern with allowing prison officials unfettered discretion to open and read an inmate's mail because a prison's security needs do not automatically trump a prisoner's First Amendment right to receive mail, especially correspondence that impacts upon or has import for the prisoner's legal rights, the attorney-client privilege, or the right of access to the courts. See Kensu v. Haigh, 87 F.3d 172, 174 (6th Cir. 1996) [**9]" *Sallier at* 874 "Without assurances that legal correspondence, including both attorney and court mail, is confidential and secure, court access can hardly be effective, adequate, and meaningful." *Bieregu v. Reno*, 59 F.3d 1445, 1455 (3d Cir. 1995) Further "when a prison official is on notice, either by virtue of prison policy or regulation or **prisoner request**, the official may not open legal mail outside the prisoner's presence." *Rodgers v. Driesbach*, 2021 U.S. Dist. LEXIS 42280, 2021 WL 854971 (Southern Dist. Ohio March 8, 2021) *at 5*. The 3rd Circuit established that "we distinguish between a single, inadvertent instance of an inmate's court mail being opened outside his presence, and a pattern and practice of such conduct." *Bieregu at 1455*

## FACTUAL BACKGROUND

Prison staff, including Defendant Perkins, have been "on notice" concerning Mr. Monaco's request that all legal mail be opened in his presence. Form the Complaint (Doc#5) of

3

this action: "Defendant Perkins has been *on notice* under *Knopp v. Johnson*, 977 F.2d 996, 1012 (6th Cir. 1992), reiterated under *Rodgers supra*, since November 28th, 2022 (NCI1122002881, Audit Request# 334799141)(Exhibit 1) when Mr. Monaco clearly stated in his kite directly to Mr. Perkins: "Hello, I would like all legal mail from the courts to be opened in front of me and signed for by me. Thanks, Jason"." *Complaint* ¶6 Mr. Perkins was reminded again February 17th, 2023 (NCI0223001944) (Exhibit 2), with Mr. Monaco citing caselaw defining "Legal Mail" within the grievance as "mail to an inmate from federal, state, or local prosecuting authorities should be treated as confidential legal mail. 413 F. Supp. at 723." (Citing *Stover) Muhammad v. Pitcher*, 35 F.3d 1081 (6th Cir. 1994)

Confidential attorney correspondence has been returned to sender more than once, opened, read and copied, interfered with on more than one occasion. The attached letter, 1/30/23 to Lamkin VT&D, LLC, concerning a previous civil case against the ODRC, Case Mo. 2:22-CV-02888, was open, read, copied and returned to Mr. Monaco and is part of grievance (Exhibit 2) (Doc#2-1) above. Recently, Mr. Monaco wrote Attorney Benjamin Cooper (attached letter 7/09/25) about the instant case. The envelope clearly marked "Attorney Ben Cooper" and "LEGAL MAIL" being plainly visible in the lower left hand corner. This mail was opened, read, copied, and delivered back to Mr. Monaco on July 30th, 2025 via the Mail Processing Center through his tablet.

## LAW AND ARGUMENT

Attorney correspondence being legally defined as "legal mail" under *Sallier* at 874 *supra*, being that the ODRC staff opened, read, and copied, outside his presence legal mail, while "on notice" violates the first amendment. There is a "pattern of conduct" present, and therefore an injunction is needed to stop the behavior and "immediate and irreparable injury" (Rule

4

65(b)(1)(A)) . The Plaintiff asks the court to not require security from him under Rule 65(c), as he has been found to be *in forma pauperis.* Citing *Bieregu at 1455.*

DATE 7/31/25

CC: Defendants Counsel-

Nicole.Hendrix@OhioAGO.gov

Respectfully Submitted,

Jason D. Monaco (#778390)
Noble Correctional Institution E2-E51
15708 McConnelsville Road
Caldwell, Ohio 43724

5

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| JASON DAVID MONACO | : |
| | : Civil Action Number: |
| Plaintiff, | : 2:25-CV-0378 |
| | : |
| Vs. | : Judge: DOUGLAS R. COLE |
| | : |
| EDWARD PERKINS, et al. | : |
| | : Magistrate Judge: |
| Defendants, | : KIMBERLY A. JOLSON |

### DECLARATION OF JASON DAVID MONACO

Jason David Monaco hereby declares:

I have been incarcerated at Noble Correctional Institution since February of 2021. I have had multiple instances of interference with access to the courts that are part of this instant case and of the complaint. There have been two instances where attorney mail has been sent out, looking for someone to help with civil cases against the ODRC, where they were returned to sender. When returned, the protected privileged communications were opened, read, copied, and delayed in violation of my first amendment rights. Attorney Ben Coopers letter dated 7/09/25, was opened outside of my presence, and copied by the Defendants on 7/30/25. The other letter, 1/30/23 to Lamkin VT&D, LLC, concerning a previous civil case against the ODRC, Case Mo. 2:22-CV-02888, was open, read, copied and returned to Mr. Monaco and is part of grievance, Exhibit 2 (Doc#2-1). Being that the parties have been "on notice" since November of 2022 (Exhibit 1), any further notice (kite/grievance) would be futile. To prevent any further injury, this injunction is needed.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Caldwell, Ohio, on July 31, 2025

Jason D. Monaco (#778390)
Noble Correctional Institution E2-E51
15708 McConnelsville Road
Caldwell, Ohio 43724

6

(Letter 7/9/25)

Jason David Monaco (778390)
Noble Correctional Inst. E2-E54
15708 McConnelsville Road
Caldwell, Ohio 43724

NCI

JUL 2 9 2025

14

RTS

Attorney Ben Cooper
25 W. Prospect Ave. Republic Bld.,
Suite 1400
Cleveland, OH

ANK

COLUMBUS OH 430
11 JUL 2025 PM 3 L
ZIP 43724 $000.69⁰
0008039542 JUL 09 2025

NIXIE   441   CE 1   0107/19/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 43724658299   *1346-03268-11-35

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

LEGAL MAIL

To: Attorney Ben Cooper      ↤ 7/09/25
25 W. Prospect Ave, Republic Bld., Suite 1400
Cleveland, Ohio 44115

From: Jason David Monaco (778390)
Noble Correctional Institution, E2-E51, Merit Dorm
15708 McConnelsville Rd.
Caldwell, Ohio 43724

RE:- How Ohio Prison Staff Open and Read Confidential
Legal Mail; Doug Livingston, the MarshallProject.org
June 23rd, 2025

Hello Mr. Cooper:
    As described in the well presented article by our friend Doug Livingston, I am suing the ODRC over legal mail issues. I need your help!
Case No. 2:25-CV-0378, Monaco v. Perkins - 4/08/25
Evidence of following administrative proceedures is 13 in Doc 2-1. I even called out Rodger v. Brieschach in my letters and complaints, putting defendant Perkins (minimum of 29 instances since then) "on notice" in 2022. Please help. If you can't, please write back in response so I have proof of contact when I file a motion for Pro Bono appointment.
                    Thank you!

(Letter 1/30/23)

Jason D. Monaco (778340)
Noble Correctional Institution E2-E34
15708 McConnelsville Road
Caldwell, Ohio 43724

→ E2E34

COLUMBUS OH 430
31 JAN 2023 PM 4 L

US POSTAGE
$000.60

Lamkin VT &D, LLC
500 S. Front St., Suite 200
Columbus, Ohio 43215-7628



RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

TO: Lamkin, Van Eman, Trimble & Dougherty, LLC
500 S. Front St., Suite 200
Columbus, Ohio 43215-7628

Fr: Jason David Monaco (778390)
Noble Correctional Institution E2-E34
15708 McConnelsville Road
Caldwell, Ohio 43724

In ref. Case No. 2:22-CV-2888

1/30/23

To whom it may concern:

I have written several law firms asking for assistance in the above matters. I found your name attached to a deliberate indifference case, Abdrasiis v. Lewis 2:20-CV-3315. My case has 9 defendants, acting under the color of state law, of whom some conspired to deny my rights as well as others denying rights with deliberate indifference. I have asked for appointment twice, but was told to wait until the case passes summary judgment. I would be in a better position to pass that stage if I were properly represented. I am 99% sure it will survive given that I have 3 declarations signed and sworn. I am willing to negotiate a contingency base over the $190/hr the courts allow. There is a related case also, 2:23-CV-0167 Andrew Carswell v. Lucas Edwards, et al. Thanks

Please respond ASAP.

Jason Monaco

# Audit Request #334799141

(NCI 1122002881) (Jpay) (Exhibit 1)

**Profile Photo:**

**Audit Photo:**

### Inmate Info

**Name:** JASON MONACO (1975-01-02)
**Booking #:** A778390
**Nationality:**
**Submitted Date:** 11/28/22 10:23
**Submitted Room:** NCI,E2,E,51,0000/E2E
**Submitted Facility:** ODRC Noble CI
**Current Room:** NCI,E2,E,51,0000/E2E
**Current Facility:** ODRC Noble CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

### Form Info

**Category:** Historical Kites
**Form:** Kite - Mail - Jpay

### Request Info

**Status:** CLOSED
**Facility Deadline:** 12/05/22 10:23

**Summary of Request:**

Migrated Grievance (JPAY ID: 17594652)

**Details of Request:**

**First Inmate Communication:**
Hello,
I would like all legal mail from the courts to be opened in front of me and signed for by me.
Thanks,
Jason

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 11/28/22 11:26 | | Changed Status | | Closed by Ed Perkins | |
| 11/28/22 11:26 | | Responded to Inmate | | Ed Perkins responded to the resident: All legal mail must have a control number and be labeled legal mail, if it does not it is considered regular mail per policy and will photocopied and delivered as regular mail. | |
| 11/28/22 11:26 | | External Action | | (JPAY Initiator - ID: 65938, Name: Ed Perkins) Responded to incarcerated individual | |
| 11/28/22 11:26 | | Staff Response | | All legal mail must have a control number and be labeled legal mail, if it does not it is considered regular mail per policy and will photocopied and delivered as regular mail. | |
| 11/28/22 11:25 | | Changed Status | | Changed JPAY status to pending by Ed Perkins | |
| 11/28/22 10:23 | JASON MONACO | Submitted New | | Created migrated grievance (JPAY ID 17594652) | ■ |
| 11/28/22 10:23 | JASON MONACO | Inmate Response | | Hello, I would like all legal mail from the courts to be opened in front of me and signed for by me. Thanks, Jason | |

(Exhibit 2)

Page: 1

| Ref# NCI0223001944 | Housing: E2E34 | Date Created: 02/17/2023 |
| ID#: A778390 | Name: MONACO, JASON | |
| Form: Grievance | Subject: Mail | Description: Handling of legal mail |
| Urgent: No | Time left: 14 Day(s) | Status: Pending |

**Original Form**
2/17/2023 2:17:32 PM : ( a778390 ) wrote
This grievance is in response to several kites concernign Legal mail and policy. The rule of law, quoted in part: "when a prison official is on notice...by virtue of...prisoner request, te official may not open legal mail outside the prisoners presence." Rodgers v. Driesbach, 2021 U.S. Dist Lexis 42280 (6th Cir. 2021) see also Knop v. Johnson, 977 F.2d 996, 1012 (6th Cir 1992)   A kite sent on 11/28/2022, NCI1122002881, effectively placed official E. Perkins "on notice" requesting all legal mail to be opened in my presence there forward. As stated in a kite to the inspector on 2/09/23, NCI 0223001003, I am in an active law suit against individuals of which work for the ODRC, an interested party. On Jan 31st, 2022, I sent a letter to a law firm inregards to this lawsuit that was labeled in the lower right hand corner "legal mail", sent in a free envelope. it was returned to sender on 2/04/23 and was opened and copied by the ODRC. I understand that Perkins is only following policy, however, the 1st Amendment and federal Courts rule of law trump policy in this case. I officially, once again invoke my 1st amendment right to access of the courts, on notice, request that all of my legal mail be opened in my presence.
Thank you,
s/ Jason Monaco

**Communications / Case Actions**
2/17/2023 2:17:32 PM : ( a778390 ) wrote    Linsin — legal.
Form has been submitted

2/21/2023 11:10:05 AM : ( Ed Perkins ) wrote
I agree with your statement that all legal mail shall and will be opened in front of the addressee. However the mail in question was not legal mail as it did not have a control number issued by the State of Ohio and there fore the mail in question was handled as regular mail.

2/21/2023 11:10:10 AM : ( Ed Perkins ) wrote
Closed incarcerated individual form

2/21/2023 2:52:14 PM : ( a778390 ) wrote
Escalated to Grievance

2/21/2023 2:52:14 PM : ( a778390 ) wrote
Contrary to policy, a control number does not explicitly define "legal mail". As defined by the federal court "mail to an inmate from federal, state, or local prosecuting authorities should be treated as confidential legal mail. The court agreed, hold that such mail "is intimately related to the right of access to te courts as is correspondance with a private attorney." Muhammed v. Putcher, 35 F. 3d 1081    Further "A prison's security needs do not automatically trump a prisoner's First Amendment right to recieve mail, especially correspondance that impacts upon or has import for te prisoner's legal rights, the attorney-client privilege, or the right of access to the courts." Kalasho v. caruso, 2007 U.S. Dist. Lexis 73648 Policy has no coverage for correspondance to a private attorney in regards to a lawsuit in which an interested party in the case, in conflict of interest, is opening said correspondance because it was returned to sender due to an out of date address in the out of date legal directory in the law library.
   I do know that there exists an unpublished rule that if a clerk of court sends an envelope with "confidential" on its front that the facility is to retrieve a control number and handle it like it originally had a control number. A control number itself does not define what constitutes legal mail. Was the USPS supposed to get a control number for the RTS? Under the RTS label, it was clearly written "legal mail". This is how the inmate free letter went out over a week early, because it was legal mail and should have been noticed as such...

**Admin Log**
2/20/2023 8:21:27 PM : ( Dale Neff ) wrote
Form was viewed by Dale Neff and the status was changed to Pending.

2/21/2023 11:10:05 AM : ( Ed Perkins ) wrote
Responded to incarcerated individual

2/22/2023 8:31:57 AM : ( Dale Neff ) wrote
Form was viewed by Dale Neff and the status was changed to Pending.

**Manual Fill-In**    — withdraw —